**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

EFRAIN VALLEJO MARTINEZ,                        §
                                                §
                    Petitioner,                 §
                                                §
v.                                              §    CIVIL NO. 1:26-CV-00899-ADA-ML
                                                §
TODD BLANCHE, United States                     §
Attorney General, et al.,                       §
                                                §
                    Respondents.                §
                                                §

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner EFRAIN VALLEJO MARTINEZ's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on April 10, 2026. Dkt. No. 1. On April 15, 2026, this Court ordered the Federal Respondents to show cause as to why the petition should not be granted. Dkt. No. 2. Respondents filed their response on April 20, 2026. Dkt. No. 5. Petitioner filed a reply in support on April 22, 2026. Dkt. No. 6. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

Petitioner did not raise statutory arguments in the petition. The Fifth Circuit has rejected relevant statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. No. 25-20496,166 F.4th 494, 498 (5th Cir. Feb. 6, 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins,*

*et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on June 9, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE